UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | As relates to: 03 MDL 1570 (GBD) (SN) |
| JESSICA DERUBBIO, DOMINICK DERUBBIO, ANTHONY DERUBBIO, ANTHONY DESPERITO, DAVID DESPERITO, LAURA DESPERITO-FILBERTO, KATHLEEN A. DEVLIN, DINA DOANY-AZZAM, CATHERINE FLEMING, CHANG KIM, GEORGE CUELLER, APRIL HORTON, ANDREA STAUTER, JOHN CHURCHILL, ITAUMA ETTE, MARY FARINO, KATHRYN NESBIT, LORI FEELY, PETER FEGAN, ANGELA FIELDS, LAURIE PATER, ELAINE CUNNEA, RAYMOND FORDE, DOREPHA FORDE, DORNA FORDE, DOROLYNE FORDE, MYRNA THOMAS, SHIRLEY FOREMAN, RAYMOND DURANT, JOSEPH FRANCIS, PETER FRANCIS, TROY FRANCIS, ELLEN VIGEANT, ALLEN FREEMAN, PAMELA FREIMAN-RENTZER, AUDREY ADES, RICHARD FRIEDMAN-FOX, DANIEL FROST, ROSE COSTELLO, REBECCA LOETHEN, MARY GERAGHTY, DEBRA GIORDANO, ANNETE HERMAN, INGRID JAFFE, RAFAEL HERMAN, TATIANA R. GOMEZ, TATIANA S. GOMEZ, DORA MURILLO, DAVID GORDENSTEIN, ERIKA LUTZNER, TERESA GRANADOS, LAWRENCE GRAY, MATTHEW GREEN, MELROSE MORRIS GREEN, SANDRA JAMERSON, TOMMY SMITH, JENNIFER GREEN, JOE GREEN, ASERENE SMITH, JUNE GRIFFIN, LISA GROUZALIS, MYRTA GSCHAAR, JANE GYULAVARY, DEBORAH KHUBLALL, GARY MCKINZY, HERMAN HALMON, TALAT HAMDANI, JEANNE KEATING, BEVERLY HARRINGTON, ROBERT J. HARRINGTON, DAWN HASKELL-CARBONE, KEVIN HASKELL, KEVIN | Civil Docket Number: _____<br><br>**SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY**<br><br>ECF CASE |

| |
|---|
| HASKELL, DAWN HASKELL, JACOB HEBER, ROBERT B. JR. HEMENWAY, PAMELA DIXON, SHERARD DIXON, JATAIR PERSOL-HODGES, ROBERT HOFMILLER, DAVID CANNELLA, LINDA HOUSTON, BRIAN HOWLEY, JOANNE HRYCAK, LINDA HULSE, STEPHEN HYLAND, RACHEL JAMES, MICHAEL JAMES, MICHAEL ZINKOFSKY, JEFFREY JENKINS, ZAMANI DAVIS, VERONICA JOHN, ROYSTON ROACH, CHARLENE CUMBERBATCH, PATRICIA JONES, GARY JONES, LEANDER JONES, TERI MARSHALL, MARIA JURGENS, |
| PLAINTIFFS, |
| v. |
| ISLAMIC REPUBLIC OF IRAN, |
| DEFENDANT. |

## IRAN SHORT FORM COMPLAINT

Plaintiffs file this Short Form Complaint against Defendant Islamic Republic of Iran ("Iran") arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks") as named herein by and through the undersigned counsel.

Plaintiffs incorporates by reference the specific allegations, as indicated below, of the *Burnett, et al. v. Islamic Republic of Iran et al.*, Amended Complaint, 15-cv-9903 (S.D.N.Y.) (GBD) (SN) Doc. No. 53 (hereinafter the "*Burnett* Iran Complaint").

Plaintiffs file this *Iran Short Form Complaint* as permitted and approved by the Court's Order of May 25, 2018, 2018, ECF No. 4010 in 1:03-md-01570-GBD-SN.

Upon filing of this *Iran Short Form Complaint*, Plaintiffs are deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all

causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, Plaintiffs incorporate the factual allegations and findings contained in those pleadings and orders filed, *inter alia*, at *Havlish v. Bin Laden*, Docket No. 1:03-cv-9848, ECF Nos. 263, 294, 295 (S.D.N.Y Dec. 22, 2011); *Havlish v. Bin Laden*, 03 MDL 1570, ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before Hon. George B. Daniels on December 15, 2011 (ECF No. 2540).

This *Iran Short Form Complaint* relates solely to Defendant Iran, and does not apply to any other defendant.

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction against Iran is premised on the grounds set forth in the complaints specified below, including but not limited to 28 U.S.C. § 1605(a) (tort exception to the Foreign Sovereign Immunities Act), 28 U.S.C. § 1605A (terrorism exception to the Foreign Sovereign Immunities Act) and 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act).

## CAUSES OF ACTION

3. Plaintiffs hereby adopt and incorporate by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against Iran, as set forth in the following complaint [**check only one complaint**]:

☐ *Ashton* Iran Complaint, Docket Number 02-cv-6977 (S.D.N.Y.) (GBD)(SN) (03-md-1570 ECF Doc. No. 3237)

3

docs-100018011.2

> **X**   *Burnett* Iran Complaint, Docket Number 15-cv-9903 (S.D.N.Y.) (GBD)(SN) (ECF Doc. No. 53)

4. In addition, Plaintiffs hereby assert the following additional causes of action:

> **X**   *Iran Short Form Complaint* First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)
>
> As a factual basis for this cause of action, Plaintiffs allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the *Havlish* filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*.
>
> ☐   *Iran Short Form Complaint* First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)
>
> As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the *Havlish* filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

docs-100018011.2

5. Plaintiffs are making such claim on the following basis, and incorporates by reference that supplemental information provided on Appendix 1 to the *Iran Short Form Complaint*, identifying the Plaintiffs asserted basis for participating in this suit:

    **X**    Estate Wrongful Death Claim by Estate Representative on Behalf of an Individual Killed as a result of the September 11, 2001 Terrorist Attacks

    **X**    Solatium Claim by Immediate Family Member of an Individual Killed as a result of the September 11, 2001 Terrorist Attacks

    ☐    Personal Injury Claim by Individual Injured as a result of the September 11, 2001 Terrorist Attacks

## IDENTIFICATION OF PLAINTIFFS

6. The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this *Iran Short Form Complaint*, herein referred to as "Plaintiffs."

    a.    The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this *Iran Short Form Complaint*.

    b.    Plaintiff is entitled to recover damages on the causes of action set forth in the complaint identified above, as joined by this *Iran Short Form Complaint*, and as further asserted within this *Iran Short Form Complaint*.

    c.    As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

    d.    For those plaintiffs with personal injury claims, as indicated in Appendix 1, related to the September 11, 2001 Terrorist Attacks, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

    e.    For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered

...

      bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the *Iran Short Form Complaint*, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

    f.     The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or personal injury claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each plaintiff.

## IDENTIFICATION OF THE DEFENDANT

7.     The only Defendant named in this *Short Form Complaint* is the Islamic Republic of Iran.

## NO WAIVER OF OTHER CLAIMS

8.     By filing this *Short Form Complaint*, Plaintiffs are not waiving any right to file suit against any other potential defendants or parties.

9.     By filing this *Iran Short Form Complaint*, Plaintiffs are not opting out of any class that the Court may certify in the future.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in the *Burnett* Iran Complaint, as indicated above.

6

docs-100018011.2

## **JURY DEMAND**

Plaintiffs hereby demand a trial by jury as to the claims in this action.

Dated: June 12, 2018

                                                Respectfully submitted,

                                                _____

                                                Jerry S. Goldman
                                                Anderson Kill P.C.
                                                1251 Avenue of the Americas
                                                New York, New York
                                                Telephone: 212-278-1000
                                                jgoldman@andersonkill.com
                                                *Attorneys for Plaintiffs*

See Appendix 1 Annexed

7

docs-100018011.2

## APPENDIX 1 TO THE IRAN SHORT FORM COMPLAINT

Each line below is deemed an allegation, incorporating the allegations, language and references within the *Burnett* Amended Complaint as noted in the Iran Short Form Complaint to which this Appendix is appended. All allegations below shall be referenced as Allegation 1 of Appendix 1 to Iran Short Form Complaint, Allegation 2 of Appendix 1 to the Iran Short Form Complaint, etc.

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | DeRubbio, Jessica | NY | DeRubbio, David P. | Daughter | United States | United States | Solatium |
| 2 | DeRubbio, Dominick | NY | DeRubbio, David P. | Brother | United States | United States | Solatium |
| 3 | DeRubbio, Anthony | NH | DeRubbio, David P. | Brother | United States | United States | Solatium |
| 4 | Desperito, Anthony | FL | Desperito, Andrew | Son | United States | United States | Solatium |
| 5 | Desperito, David | FL | Desperito, Andrew | Son | United States | United States | Solatium |
| 6 | Desperito-Filberto, Laura | FL | Desperito, Andrew | Spouse | United States | United States | Solatium |
| 7 | Devlin, Kathleen A. | NY | Devlin, Dennis L. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 8 | Doany-Azzam, Dina | VA | Doany, Ramzi A. | Sister/PR | United States | Jordan | Solatium/ Wrongful Death |
| 9 | Fleming, Catherine | WA | Don Kim, Lawrence | Sister | United States | United States | Solatium |
| 10 | Kim, Chang | WA | Don Kim, Lawrence | Father | United States | United States | Solatium |
| 11 | Cueller, George | NJ | Dudek, Luke | Life Partner (spousal equivalent) /PR | United States | United States | Solatium/ Wrongful Death |

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 12 | Horton, April | CA | Earhart, Edward T. | Sister | United States | United States | Solatium |
| 13 | Stauter, Andrea | KY | Earhart, Edward T. | Sister | United States | United States | Solatium |
| 14 | Churchill, John | NJ | Eichler, John E. | PR | United States | United States | Solatium/ Wrongful Death |
| 15 | Ette, Itauma | NY | Ette, Sadie | Brother/PR | Nigeria | United States | Solatium/ Wrongful Death |
| 16 | Farino, Mary | NY | Farino, Thomas | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 17 | Nesbit, Kathryn | GA | Farmer, Elizabeth A. | Daughter | United States | United States | Solatium |
| 18 | Feely, Lori | NY | Feely, Francis J. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 19 | Fegan, Peter | NY | Fegan, Sean B. | Father/PR | United States | United States | Solatium/ Wrongful Death |
| 20 | Fields, Angela | GA | Fields, Samuel Sr. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 21 | Pater, Laurie | NJ | Fogel, Stephen M. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 22 | Cunnea, Elaine | United Kingdom | Forde, Godwin | Sister | United Kingdom | United Kingdom | Solatium |
| 23 | Forde, Raymond | United Kingdom | Forde, Godwin | Brother | United Kingdom | United Kingdom | Solatium |
| 24 | Forde, Dorepha | United Kingdom | Forde, Godwin | Mother | United Kingdom | United Kingdom | Solatium |
| 25 | Forde, Dorna | United Kingdom | Forde, Godwin | Sister | United Kingdom | United Kingdom | Solatium |

docs-100018011.2

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 26 | Forde, Dorolyne | NC | Forde, Godwin | Sister | United Kingdom | United Kingdom | Solatium |
| 27 | Thomas, Myrna | United Kingdom | Forde, Godwin | Sister | United Kingdom | United Kingdom | Solatium |
| 28 | Foreman, Shirley | NY | Foreman, Donald A. | Mother/PR | United States | United States | Solatium/ Wrongful Death |
| 29 | Durant, Raymond | PA | Francis, Virgin | Son | Barbados | United States | Solatium |
| 30 | Francis, Joseph | NY | Francis, Virgin | Son | United States | United States | Solatium |
| 31 | Francis, Peter | Barbados W.I. | Francis, Virgin | Son | Barbados | United States | Solatium |
| 32 | Francis, Troy | NY | Francis, Virgin | Son | Barbados | United States | Solatium |
| 33 | Vigeant, Ellen | NJ | Frank, Gary J. | Mother/PR | United States | United States | Solatium/ Wrongful Death |
| 34 | Freeman, Allen | NC | Freeman, Tamitha | Father/PR | United States | United States | Solatium/ Wrongful Death |
| 35 | Freiman-Rentzer, Pamela | NY | Freiman, Brett O. | Sister/PR | United States | United States | Solatium/ Wrongful Death |
| 36 | Ades, Audrey | FL | Friedman, Paul | Spouse | United States | United States | Solatium |
| 37 | Friedman-Fox, Richard | FL | Friedman, Paul | Son | United States | United States | Solatium |
| 38 | Frost, Daniel | CO | Frost, Lisa | Brother | United States | United States | Solatium |
| 39 | Costello, Rose | NY | Gallagher, Anthony E. | Mother/PR | United States | United States | Solatium/ Wrongful Death |

3

docs-100018011.2

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 40 | Loethen, Rebecca | CA | Geis, Julie M. | Life Partner (spousal equivalent)/PR | United States | United States | Solatium/ Wrongful Death |
| 41 | Geraghty, Mary | NY | Geraghty, Edward F. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 42 | Giordano, Debra | NY | Giordano, Jeffrey J. | Sister | United States | United States | Solatium |
| 43 | Herman, Annete | FL | Goldstein, Michelle H. | Sister | United States | United States | Solatium |
| 44 | Jaffe, Ingrid | FL | Goldstein, Michelle H. | Mother | United States | United States | Solatium |
| 45 | Herman, Rafael | FL | Goldstein, Michelle H. | Father | United States | United States | Solatium |
| 46 | Gomez, Tatiana R. | NY | Gomez, Wilder A. | Spouse | Ecuador | Colombia | Solatium |
| 47 | Gomez, Tatiana S. | NY | Gomez, Wilder A. | Daughter | United States | Colombia | Solatium |
| 48 | Murillo, Dora | NY | Gonzalez, Mauricio | Sister/PR | United States | United States | Solatium/ Wrongful Death |
| 49 | Gordenstein, David | MA | Gordenstein, Lisa F. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 50 | Lutzner, Erika | NY | Grabowski, Jon R. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 51 | Granados, Teresa | NY | Granados, Gilbert | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 52 | Gray, Lawrence | NY | Gray, Tara McCloud | Spouse/PR | United States | United States | Solatium/ Wrongful Death |

4

docs-100018011.2

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 53 | Green, Matthew | FL | Green, Andrew Peter Charles Curry | Brother | United States | United States | Solatium |
| 54 | Morris Green, Melrose | NY | Green, Derrick A. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 55 | Jamerson, Sandra | CA | Green, Wanda | Sister | United States | United States | Solatium |
| 56 | Smith, Tommy | CA | Green, Wanda | Brother | United States | United States | Solatium |
| 57 | Green, Jennifer | NJ | Green, Wanda | Daughter | United States | United States | Solatium |
| 58 | Green, Joe | NJ | Green, Wanda | Son | United States | United States | Solatium |
| 59 | Smith, Aserene | CA | Green, Wanda | Mother | United States | United States | Solatium |
| 60 | Griffin, June | NJ | Griffin, John M. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 61 | Grouzalis, Lisa | NJ | Grouzalis, Kenneth | Daughter | United States | United States | Solatium |
| 62 | Gschaar, Myrta | MI | Gschaar, Robert | Spouse | United States | United States | Solatium |
| 63 | Gyulavary, Jane | NY | Gyulavary, Peter | Spouse/PR | United States | Australian | Solatium/ Wrongful Death |
| 64 | Khublall, Deborah | NY | Hafiz, Nezam | Sister/PR | United States | United States | Solatium/ Wrongful Death |
| 65 | McKinzy, Gary | AR | Hale-McKinzy, Diane | Spouse | United States | United States | Solatium |
| 66 | Halmon, Herman | SC | Halmon, Carolyn | Spouse/PR | United States | United States | Solatium/ Wrongful Death |

5

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 67 | Hamdani, Talat | NY | Hamdani, Mohammad S. | Mother/PR | United States | United States | Solatium/ Wrongful Death |
| 68 | Keating, Jeanne | NJ | Hanlon Keating, Paul | Sister | United States | United States | Solatium |
| 69 | Harrington, Beverly | MA | Harrington-Hughes, Melissa M. | Mother | United States | United States | Solatium |
| 70 | Harrington, Robert J. | MA | Harrington-Hughes, Melissa M. | Father | United States | United States | Solatium |
| 71 | Haskell-Carbone, Dawn | NY | Haskell, Thomas | Sister | United States | United States | Solatium |
| 72 | Haskell, Kevin | NY | Haskell, Thomas | Brother | United States | United States | Solatium |
| 73 | Haskell, Kevin | NY | Haskell, Timothy | Brother | United States | United States | Solatium |
| 74 | Haskell, Dawn | NY | Haskell, Timothy | Sister | United States | United States | Solatium |
| 75 | Heber, Jacob | NY | Heber, Roberta B. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 76 | Hemenway, Robert B. Jr. | MO | Hemenway, Ronald J. | Brother | United States | United States | Solatium |
| 77 | Dixon, Pamela | NY | Hodges, DaJuan | Mother | United States | United States | Solatium |
| 78 | Dixon, Sherard | NY | Hodges, DaJuan | Brother | United States | United States | Solatium |
| 79 | Persol-Hodges, Jatair | NJ | Hodges, DaJuan | Daughter | United States | United States | Solatium |
| 80 | Hofmiller, Robert | CT | Hofmiller, Judith | Brother | United States | United States | Solatium |
| 81 | Cannella, David | CT | Hofmiller, Judith | Son | United States | United States | Solatium |

6

docs-100018011.2

|   | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 82 | Houston, Linda | NY | Houston, Charles J. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 83 | Howley, Brian | NY | Howley, Jennifer L. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 84 | Hrycak, Joanne | NY | Hrycak, Marian R. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 85 | Hulse, Linda | NY | Hulse, Lamar D. | Mother/PR | United States | United States | Solatium/ Wrongful Death |
| 86 | Hyland, Stephen | CA | Hyland, Stephen N. | Father/PR | United States | United States | Solatium/ Wrongful Death |
| 87 | James, Rachel | NY | James, Ernest | Sister/PR | United States | United States | Solatium/ Wrongful Death |
| 88 | James, Michael | Honduras | James, Gricelda E. | Spouse/PR | Honduran | Honduran | Solatium/ Wrongful Death |
| 89 | Zinkofsky, Michael | NY | Jean-Pierre, Maxima | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 90 | Jenkins, Jeffrey | KY | Jenkins, John C. | Brother | United States | United States | Solatium |
| 91 | Davis, Zamani | GA | John, Charles G. | Brother | United States | United States | Solatium |
| 92 | John, Veronica | GA | John, Charles G. | Mother | United States | United States | Solatium |
| 93 | Roach, Royston | GA | John, Charles G. | Brother | United States | United States | Solatium |
| 94 | Cumberbatch, Charlene | NY | John, Charles G. | Sister | United States | United States | Solatium |
| 95 | Jones, Patricia | NY | Jones, Brian L. | Mother | United States | United States | Solatium |

7

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 96 | Jones, Gary | TX | Jones, Brian L. | Brother | United States | United States | Solatium |
| 97 | Jones, Leander | NY | Jones, Brian L. | Father | United States | United States | Solatium |
| 98 | Marshall, Teri | MD | Jones, Brian L. | Sister | United States | United States | Solatium |
| 99 | Jurgens, Maria | NY | Jurgens, Paul W. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |