UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

Related Case Statement

---

| | |
|---|---|
| Jessica DeRubbio, *et al.*<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>The Islamic Republic of Iran<br><br>　　　　　　　　　Defendant | Case Number: 18cv5306 |

Full Caption Of Earlier Filed Case:
(including in bankruptcy appeals the relevant adversary proceeding)

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | Case Number: 03 MDL 1570 (GBD)(SN)[1] |

---

[1] This case is also related to *Estate of John Patrick O'Neill Sr., et al. v The Republic of Iraq, et al.*, 04-1076-GBN-SN; *Thomas E. Burnett, Sr., in his own right as the Parent of Thomas E. Burnett, Jr., Deceased, et al. v. The Islamic Republic of Iran, et al.*, 15-cv-09903-GBN-SN; and *Kathleen Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-06977-GBN-FM. The instant complaint is being filed in accordance with the Court's directive of May 25, 2018, ECF No. 4010 in 1:03-md-01570-GBD-SN.

docs-100018047.1

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☒ Open   (If so, set forth procedural status and summarize any court rulings.)

Partial and/or full summary judgment as to Defendant Iran has been granted and ordered for select plaintiffs. This matter is still ongoing. On May 25, 2018, the Court entered an Order approving the "Iran Short Form Complaint" that is filed herewith. (See ECF No. 4010 in 1:03-md-01570-GBD-SN).

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This is also a September 11th case for wrongful death that is against the sponsors of terrorism as the Defendant Islamic Republic of Iran is involved in the related MDL action. We are seeking similar relief in the form of damages from the Defendant. The Plaintiffs herein intend to participate in the underlying litigations as to the other defendants in due course.

Signature: _____   Date: June 12, 2018
Jerry S. Goldman, Esq.

Firm: Anderson Kill, P.C.