28 USC 1608 Summons IH 6
4/17

# UNITED STATES DISTRICT COURT
## for the
## Southern District of New York

JESSICA DERUBBIO, ET AL. (see appendix)

|  |  |
|---|---|
| _____ ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. |
| ISLAMIC REPUBLIC OF IRAN ) | |
| _____ ) | |
| Defendant ) | |

## SUMMONS IN A CIVIL ACTION

To:    (Defendant's name and address)    ISLAMIC REPUBLIC OF IRAN,
c/o Permanent Mission of Iran
to the United Nations
622 Third Avenue
New York, NY 10017

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jerry S. Goldman, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000
jgoldman@andersonkill.com

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____         _____
                                              Signature of Clerk or Deputy Clerk

28 USC 1608 Summons (12/11) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

> ˃  I personally served the summons on the individual at *(place)* _____
>
> _____ on *(date)* _____ ; or

> ˃  I left the summons at the individual's residence or usual place of abode with *(name)* _____
>
> _____ , a person of suitable age and discretion who resides there,
>
> on *(date)* _____ , and mailed a copy to the individual's last known address; or

> ˃  I served the summons on *(name of individual)* _____ , who is
>
> designated by law to accept service of process on behalf of *(name of organization)* _____
>
> _____ on *(date)* _____ ; or

> ˃  I returned the summons unexecuted because _____ ; or

> ˃  Other *(specify):*
>
> .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**APPENDIX**

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | DeRubbio, Jessica | NY | DeRubbio, David P. | Daughter | United States | United States | Solatium |
| 2 | DeRubbio, Dominick | NY | DeRubbio, David P. | Brother | United States | United States | Solatium |
| 3 | DeRubbio, Anthony | NH | DeRubbio, David P. | Brother | United States | United States | Solatium |
| 4 | Desperito, Anthony | FL | Desperito, Andrew | Son | United States | United States | Solatium |
| 5 | Desperito, David | FL | Desperito, Andrew | Son | United States | United States | Solatium |
| 6 | Desperito-Filberto, Laura | FL | Desperito, Andrew | Spouse | United States | United States | Solatium |
| 7 | Devlin, Kathleen A. | NY | Devlin, Dennis L. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 8 | Doany-Azzam, Dina | VA | Doany, Ramzi A. | Sister/PR | United States | Jordan | Solatium/ Wrongful Death |
| 9 | Fleming, Catherine | WA | Don Kim, Lawrence | Sister | United States | United States | Solatium |
| 10 | Kim, Chang | WA | Don Kim, Lawrence | Father | United States | United States | Solatium |
| 11 | Cueller, George | NJ | Dudek, Luke | Life Partner (spousal equivalent) /PR | United States | United States | Solatium/ Wrongful Death |
| 12 | Horton, April | CA | Earhart, Edward T. | Sister | United States | United States | Solatium |
| 13 | Stauter, Andrea | KY | Earhart, Edward T. | Sister | United States | United States | Solatium |

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 14 | Churchill, John | NJ | Eichler, John E. | PR | United States | United States | Solatium/ Wrongful Death |
| 15 | Ette, Itauma | NY | Ette, Sadie | Brother/PR | Nigeria | United States | Solatium/ Wrongful Death |
| 16 | Farino, Mary | NY | Farino, Thomas | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 17 | Nesbit, Kathryn | GA | Farmer, Elizabeth A. | Daughter | United States | United States | Solatium |
| 18 | Feely, Lori | NY | Feely, Francis J. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 19 | Fegan, Peter | NY | Fegan, Sean B. | Father/PR | United States | United States | Solatium/ Wrongful Death |
| 20 | Fields, Angela | GA | Fields, Samuel Sr. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 21 | Pater, Laurie | NJ | Fogel, Stephen M. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 22 | Cunnea, Elaine | United Kingdom | Forde, Godwin | Sister | United Kingdom | United Kingdom | Solatium |
| 23 | Forde, Raymond | United Kingdom | Forde, Godwin | Brother | United Kingdom | United Kingdom | Solatium |
| 24 | Forde, Dorepha | United Kingdom | Forde, Godwin | Mother | United Kingdom | United Kingdom | Solatium |
| 25 | Forde, Dorna | United Kingdom | Forde, Godwin | Sister | United Kingdom | United Kingdom | Solatium |
| 26 | Forde, Dorolyne | NC | Forde, Godwin | Sister | United Kingdom | United Kingdom | Solatium |
| 27 | Thomas, Myrna | United Kingdom | Forde, Godwin | Sister | United Kingdom | United Kingdom | Solatium |

2

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 28 | Foreman, Shirley | NY | Foreman, Donald A. | Mother/PR | United States | United States | Solatium/ Wrongful Death |
| 29 | Durant, Raymond | PA | Francis, Virgin | Son | Barbados | United States | Solatium |
| 30 | Francis, Joseph | NY | Francis, Virgin | Son | United States | United States | Solatium |
| 31 | Francis, Peter | Barbados W.I. | Francis, Virgin | Son | Barbados | United States | Solatium |
| 32 | Francis, Troy | NY | Francis, Virgin | Son | Barbados | United States | Solatium |
| 33 | Vigeant, Ellen | NJ | Frank, Gary J. | Mother/PR | United States | United States | Solatium/ Wrongful Death |
| 34 | Freeman, Allen | NC | Freeman, Tamitha | Father/PR | United States | United States | Solatium/ Wrongful Death |
| 35 | Freiman-Rentzer, Pamela | NY | Freiman, Brett O. | Sister/PR | United States | United States | Solatium/ Wrongful Death |
| 36 | Ades, Audrey | FL | Friedman, Paul | Spouse | United States | United States | Solatium |
| 37 | Friedman-Fox, Richard | FL | Friedman, Paul | Son | United States | United States | Solatium |
| 38 | Frost, Daniel | CO | Frost, Lisa | Brother | United States | United States | Solatium |
| 39 | Costello, Rose | NY | Gallagher, Anthony E. | Mother/PR | United States | United States | Solatium/ Wrongful Death |
| 40 | Loethen, Rebecca | CA | Geis, Julie M. | Life Partner (spousal equivalent)/PR | United States | United States | Solatium/ Wrongful Death |
| 41 | Geraghty, Mary | NY | Geraghty, Edward F. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |

3

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 42 | Giordano, Debra | NY | Giordano, Jeffrey J. | Sister | United States | United States | Solatium |
| 43 | Herman, Annete | FL | Goldstein, Michelle H. | Sister | United States | United States | Solatium |
| 44 | Jaffe, Ingrid | FL | Goldstein, Michelle H. | Mother | United States | United States | Solatium |
| 45 | Herman, Rafael | FL | Goldstein, Michelle H. | Father | United States | United States | Solatium |
| 46 | Gomez, Tatiana R. | NY | Gomez, Wilder A. | Spouse | Ecuador | Colombia | Solatium |
| 47 | Gomez, Tatiana S. | NY | Gomez, Wilder A. | Daughter | United States | Colombia | Solatium |
| 48 | Murillo, Dora | NY | Gonzalez, Mauricio | Sister/PR | United States | United States | Solatium/ Wrongful Death |
| 49 | Gordenstein, David | MA | Gordenstein, Lisa F. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 50 | Lutzner, Erika | NY | Grabowski, Jon R. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 51 | Granados, Teresa | NY | Granados, Gilbert | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 52 | Gray, Lawrence | NY | Gray, Tara McCloud | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 53 | Green, Matthew | FL | Green, Andrew Peter Charles Curry | Brother | United States | United States | Solatium |
| 54 | Morris Green, Melrose | NY | Green, Derrick A. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |

4

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 55 | Jamerson, Sandra | CA | Green, Wanda | Sister | United States | United States | Solatium |
| 56 | Smith, Tommy | CA | Green, Wanda | Brother | United States | United States | Solatium |
| 57 | Green, Jennifer | NJ | Green, Wanda | Daughter | United States | United States | Solatium |
| 58 | Green, Joe | NJ | Green, Wanda | Son | United States | United States | Solatium |
| 59 | Smith, Aserene | CA | Green, Wanda | Mother | United States | United States | Solatium |
| 60 | Griffin, June | NJ | Griffin, John M. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 61 | Grouzalis, Lisa | NJ | Grouzalis, Kenneth | Daughter | United States | United States | Solatium |
| 62 | Gschaar, Myrta | MI | Gschaar, Robert | Spouse | United States | United States | Solatium |
| 63 | Gyulavary, Jane | NY | Gyulavary, Peter | Spouse/PR | United States | Australian | Solatium/ Wrongful Death |
| 64 | Khublall, Deborah | NY | Hafiz, Nezam | Sister/PR | United States | United States | Solatium/ Wrongful Death |
| 65 | McKinzy, Gary | AR | Hale-McKinzy, Diane | Spouse | United States | United States | Solatium |
| 66 | Halmon, Herman | SC | Halmon, Carolyn | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 67 | Hamdani, Talat | NY | Hamdani, Mohammad S. | Mother/PR | United States | United States | Solatium/ Wrongful Death |
| 68 | Keating, Jeanne | NJ | Hanlon Keating, Paul | Sister | United States | United States | Solatium |

5

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 69 | Harrington, Beverly | MA | Harrington-Hughes, Melissa M. | Mother | United States | United States | Solatium |
| 70 | Harrington, Robert J. | MA | Harrington-Hughes, Melissa M. | Father | United States | United States | Solatium |
| 71 | Haskell-Carbone, Dawn | NY | Haskell, Thomas | Sister | United States | United States | Solatium |
| 72 | Haskell, Kevin | NY | Haskell, Thomas | Brother | United States | United States | Solatium |
| 73 | Haskell, Kevin | NY | Haskell, Timothy | Brother | United States | United States | Solatium |
| 74 | Haskell, Dawn | NY | Haskell, Timothy | Sister | United States | United States | Solatium |
| 75 | Heber, Jacob | NY | Heber, Roberta B. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 76 | Hemenway, Robert B. Jr. | MO | Hemenway, Ronald J. | Brother | United States | United States | Solatium |
| 77 | Dixon, Pamela | NY | Hodges, DaJuan | Mother | United States | United States | Solatium |
| 78 | Dixon, Sherard | NY | Hodges, DaJuan | Brother | United States | United States | Solatium |
| 79 | Persol-Hodges, Jatair | NJ | Hodges, DaJuan | Daughter | United States | United States | Solatium |
| 80 | Hofmiller, Robert | CT | Hofmiller, Judith | Brother | United States | United States | Solatium |
| 81 | Cannella, David | CT | Hofmiller, Judith | Son | United States | United States | Solatium |
| 82 | Houston, Linda | NY | Houston, Charles J. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |

6

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 83 | Howley, Brian | NY | Howley, Jennifer L. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 84 | Hrycak, Joanne | NY | Hrycak, Marian R. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 85 | Hulse, Linda | NY | Hulse, Lamar D. | Mother/PR | United States | United States | Solatium/ Wrongful Death |
| 86 | Hyland, Stephen | CA | Hyland, Stephen N. | Father/PR | United States | United States | Solatium/ Wrongful Death |
| 87 | James, Rachel | NY | James, Ernest | Sister/PR | United States | United States | Solatium/ Wrongful Death |
| 88 | James, Michael | Honduras | James, Gricelda E. | Spouse/PR | Honduran | Honduran | Solatium/ Wrongful Death |
| 89 | Zinkofsky, Michael | NY | Jean-Pierre, Maxima | Spouse/PR | United States | United States | Solatium/ Wrongful Death |
| 90 | Jenkins, Jeffrey | KY | Jenkins, John C. | Brother | United States | United States | Solatium |
| 91 | Davis, Zamani | GA | John, Charles G. | Brother | United States | United States | Solatium |
| 92 | John, Veronica | GA | John, Charles G. | Mother | United States | United States | Solatium |
| 93 | Roach, Royston | GA | John, Charles G. | Brother | United States | United States | Solatium |
| 94 | Cumberbatch, Charlene | NY | John, Charles G. | Sister | United States | United States | Solatium |
| 95 | Jones, Patricia | NY | Jones, Brian L. | Mother | United States | United States | Solatium |
| 96 | Jones, Gary | TX | Jones, Brian L. | Brother | United States | United States | Solatium |

7

| | Plaintiff's Last Name, First Name | Plaintiff's State of Residency at Filing | Last Name, First Name of 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Relationship to 9/11 Decedent (wrongful death and solatium cases) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 (wrongful death and solatium cases) | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 97 | Jones, Leander | NY | Jones, Brian L. | Father | United States | United States | Solatium |
| 98 | Marshall, Teri | MD | Jones, Brian L. | Sister | United States | United States | Solatium |
| 99 | Jurgens, Maria | NY | Jurgens, Paul W. | Spouse/PR | United States | United States | Solatium/ Wrongful Death |

8