**Ex. B-6**

Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Nancy | | Liz | | $2,458,029.00 | | $2,458,029.00 |
| 2. | John | | Rhodes | | $972,585.00 | | $972,585.00 |

**TOTALS** $3,430,614.00 $3,430,614.00