**Ex. A-2**

Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Sophia | | Addo | Roberta | | Agyeman | | Child | $8,500,000.00 | World Trade Center (New York) |
| 2. | Sophia | | Addo | Joseph | | Ameyaw | | Spouse | $12,500,000.00 | World Trade Center (New York) |
| 3. | Antonio | J. | Alvarez | Filiberta | | Barragan | | Spouse | $12,500,000.00 | World Trade Center (New York) |
| 4. | Luis | A. | Chimbo | Ana | | Soria | | Spouse | $12,500,000.00 | World Trade Center (New York) |
| 5. | Luis | A. | Chimbo | Luis | | Chimbo | | Child | $8,500,000.00 | World Trade Center (New York) |
| 6. | Jaime | | Concepcion | Juana | | Colon | | Spouse | $12,500,000.00 | World Trade Center (New York) |
| 7. | Helen | | Cook | Blanca | M. | Garcia | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 8. | Helen | | Cook | Edson | | Garcia | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 9. | Helen | | Cook | Keidy | | Garcia | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 10. | Helen | | Cook | Teoflia | | Garcia | | Parent | $8,500,000.00 | World Trade Center (New York) |

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 11. | Titus | | Davidson | William | | Davidson | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 12. | Titus | | Davidson | Delores (Monica) | | Akinshara | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 13. | Titus | | Davidson | Janet | | Davidson | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 14. | Titus | | Davidson | Merna | | Davidson | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 15. | Titus | | Davidson | Michelle | | Davidson | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 16. | Titus | | Davidson | Phillip | | Davidson | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 17. | Titus | | Davidson | Rose | | Davidson | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 18. | Titus | | Davidson | Sam | | Davidson | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 19. | Titus | | Davidson | Trevor | | Davidson | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 20. | Titus | | Davidson | Shirley | | White | | Sibling | $4,250,000.00 | World Trade Center (New York) |

**TOTAL**            **$130,750,000.00**

docs-100628194.1