**Ex. A-4**

Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Mohammed | | Shajahan | Mansura | | Shajahan | | Spouse | $12,500,000.00 | World Trade Center (New York) |
| 2. | Harshad | S. | Thatte | Pallavi | | Shirolkar | | Spouse | $12,500,000.00 | World Trade Center (New York) |
| 3. | Vanavah | | Thompson | Doreen | | Thompson | | Parent | $8,500,000.00 | World Trade Center (New York) |

**TOTAL** $33,500,000.00