**Ex. A-16**

Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Syed | Abdul | Fatha | Syed | | Reehan | | Child | $8,500,000.00 | World Trade Center (New York) |
| 2. | Syed | Abdul | Fatha | Banu | | Khursheed | | Child | $8,500,000.00 | World Trade Center (New York) |
| 3. | Syed | Abdul | Fatha | Syed | | Yaseen | | Child | $8,500,000.00 | World Trade Center (New York) |
| 4. | Syed | Abdul | Fatha | Syed | | Zeeshan | | Child | $8,500,000.00 | World Trade Center (New York) |
| 5. | Syed | Abdul | Fatha | Syed | | Farhan | | Child | $8,500,000.00 | World Trade Center (New York) |

**TOTAL** $42,500,000.00