**Ex. B-11**

Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|
| 1. | Nolbert | | Salomon | | | $2,000,000.00 | $2,000,000.00 | World Trade Center (New York) |
| 2. | Michael | | Theodoridis | | $8,514,726.00 | $2,000,000.00 | $10,514,726.00 | World Trade Center (New York) |
| 3. | Martin | Morales | Zempoaltecatl | | $1,945,440.00 | $2,000,000.00 | $3,945,440.00 | World Trade Center (New York) |
| | **TOTALS** | | | | $10,460,166.00 | $6,000,000.00 | **$16,460,166.00** | |