# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*                                                                        December 7, 2023

The Honorable George B. Daniels          The Honorable Sarah Netburn
U.S. District Judge                      U.S. Magistrate Judge
United States District Court             United States District Court
Southern District of New York            Southern District of New York
Daniel P. Moynihan U.S. Courthouse       Thurgood Marshall United States Courthouse
500 Pearl Street                         40 Foley Square, Room 430
New York, NY 10007                       New York, NY 10007

> Re:   *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570
> *DeRubbio, et al. v. Islamic Republic of Iran*, No. 18-cv-05306; *Morris, et al. v.
> Islamic Republic of Iran*, No. 18-cv-05321; *Ades, et al. v. Islamic Republic of Iran*,
> No. 18-cv-07306; *Kim, et al. v. Islamic Republic of Iran*, No. 18-cv-11870;
> *Jimenez, et al. v. Islamic Republic of Iran*, No. 18-cv-11875; *Rivelli, et al. v.
> Islamic Republic of Iran*, No. 18-cv-11878; *Aamoth, et al. v. Islamic Republic of
> Iran*, No. 18-cv-12276; *Hemenway, et al. v. Islamic Republic of Iran*, No. 18-cv-
> 12277; *Bernaerts, et al. v. Islamic Republic of Iran*, No. 19-cv-11865; *Aron, et al. v.
> Islamic Republic of Iran*, No. 20-cv-09376; *Hargrave, et al. v. Islamic Republic of
> Iran*, No. 20-cv-09387; *Asaro, et al. v. Islamic Republic of Iran*, No. 20-cv-10460;
> *Bianco, et al. v. Islamic Republic of Iran*, No. 20-cv-10902; *Amato, et al. v. Islamic
> Republic of Iran*, No. 21-cv-10239; *King, et al. v. Islamic Republic of Iran*, No. 22-
> cv-05193 – Report & Recommendation ECF No. 9449 – No Objections

Dear Judge Daniels and Magistrate Judge Netburn:

I write today on behalf of plaintiffs in the above-captioned cases in connection with the Court's Report & Recommendation, dated November 28, 2023. ECF No. 9449. Plaintiffs write to inform the Court that they will not object to or seek reconsideration of the Report & Recommendation and respectfully request that the Court enter final judgments in favor of the plaintiffs in accordance with the Report & Recommendation.

I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

cc:      All MDL Counsel of Record (via ECF)

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA